UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED DEC 0 8 2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

**Plaintiff(s)**
Rajeeyah Whitney

Case No. 15-cv-2166

V.

**Defendant(s)**
NorthEast Illinois Regional Commuter RailRoad Corporation (D B/A METRA)

Motion to vacate ProSe

I was not trying to go "Pro Se" when I completed "Pro Sue Apperance form" on 12/3/15. I was only trying to stay abreast of my case status. I'd like to disregard the ProSue Apperance form/document.

Rajeeyah Whitney 12/8/15